MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER (SBN 154842)
DONALD P. SULLIVAN (SBN 191080)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
AMERICAN AIRLINES, INC. PILOT LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANIEL L. BRUNE, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN AIRLINES, INC. PILOT LONG TERM DISABILITY PLAN, <br><br> Defendant. | Case No. CV 09-03108 SBA <br><br> Hon. Saundra Brown Armstrong <br><br> **STIPULATION AND ORDER REGARDING APPLICABLE STANDARD OF REVIEW** |

WHEREAS, Plaintiff Daniel L. Brune ("Plaintiff") filed a Motion for Summary Adjudication as to the Standard of Review (Dkt. No. 20) on January 12, 2010 (the "Motion");

WHEREAS, Defendant American Airlines Inc. Pilot Long-Term Disability Plan (the "Plan") has considered the Motion, the authorities cited in the Motion, and the unique facts and circumstances of this case;

WHEREAS, in the event that Plaintiff recovers his disability benefits, the Plan has agreed to pay Plaintiff's reasonable attorney's fees for the time that Plaintiff's counsel expended on drafting discovery regarding conflicts of interest and preparing the Motion;

WHEREAS, Plaintiff has agreed to withdraw his Motion in exchange for this stipulation; and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIP. AND [PROP] ORDER RE: STANDARD
OF REVIEW
CASE NO. CV 09-03108 SBA

WHEREFORE, the Plan and Plaintiff (the "Parties") stipulate, and respectfully request the Court to enter an order, as follows:

Plaintiff's Motion for Summary Adjudication as to the Standard of Review (Dkt. No. 20) shall be withdrawn and the hearing on that Motion, currently set for February 23, 2010, shall be taken off calendar. The Court shall review Plaintiff's claim for benefits from the Plan under a *de novo* standard of review.

Dated: January 25, 2010    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /S/ Daniel Feinberg
Daniel Feinberg
Attorneys for Plaintiff
DANIEL L. BRUNE

Dated: January 25, 2010    MORGAN, LEWIS & BOCKIUS LLP

By: /S/ Donald P. Sullivan
Nicole A. Diller
Donald P. Sullivan
Attorneys for Defendant
AMERICAN AIRLINES, INC. PILOT
LONG TERM DISABILITY PLAN

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DATED: January 25, 2010    MORGAN, LEWIS & BOCKIUS LLP

By: /S/ Donald P. Sullivan
Donald P. Sullivan

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: 1/27/10    By: *[signature]*
The Hon. Saundra Brown Armstrong
United States District Judge

DB2/21523305.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2    STIP. AND [PROP] ORDER RE STANDARD OF REVIEW
CASE NO. CV 09-03108 SBA