Daniel Feinberg – CA State Bar No. 135983
Catha Worthman – CA State Bar No. 230399
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
dfeinberg@lewisfeinberg.com
cworthman@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANIEL L. BRUNE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN AIRLINES, INC. PILOT LONG ) <br> TERM DISABILITY PLAN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. C 09-03108 (SBA) <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** |

  The parties, by and through their counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice, and no party shall make an application for attorneys' fees, costs, or interest.  It is so stipulated.

Dated: May 12, 2010         Respectfully submitted,

                 LEWIS, FEINBERG, LEE,
                 RENAKER & JACKSON P.C.

           By:  /s/ Catha Worthman
               Catha Worthman
               *Attorneys for Plaintiff*

Dated: May 12, 2010       By:  /s/ Nicole Diller
               Morgan, Lewis & Bockius LLP
               *Attorneys for Defendant*

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the above-captioned action is HEREBY DISMISSED with prejudice. No party shall make application for attorneys' fees, costs, or interest.

IT IS SO ORDERED.

DATED: 5-13 , 2010

_____
The Honorable Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE